# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KARETEK HOLDINGS LLC,**<br>  Plaintiff,<br><br>   v.<br><br>**GANDI US, INC.,**<br>  Defendant. | C.A. No.: 1:21-cv-00616-GBW<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Karetek Holdings LLC, hereby dismisses this action **without prejudice**. Defendant, Gandi US, Inc., has not yet answered the Complaint or moved for summary judgment.

Dated:  December 5, 2022          Respectfully submitted,

By: */s/ David W. deBruin*
David W. deBruin (DE # 4846)
**NAPOLI SHKOLNIK LLC**
919 North Market Street
Suite 1801
Wilmington, DE  19801-3033
Tel: (302) 330-8025
DdeBruin@NapoliLaw.com

*Counsel for Plaintiff*
*Karetek Holdings LLC*

**SO ORDERED** this _____ day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE